FILED
September 22, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CLIFFORD JOSEF YOUNG, )<br>)<br>Defendant. ) | CASE NUMBER: 2:10-cr-00222-LKK<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Clifford Josef Young</u>; Case <u>2:10-cr-00222-LKK</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Secured Appearance Bond in the amount of <u>$75,000.00 secured by poperty of Francis Jayne.</u>

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) <u>Pretrial Supervision/Conditions.</u>

    X    (Other) <u>Defendant to be released today on an unsecured appearance bond co-signed by Francis Jayne with property to be secured no later than 10/8/2010.</u>

Issued at <u>Sacramento, CA</u> on <u>9/22/10</u> at <u>3:00 p.m.</u>

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge