```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  801 I Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 498-5700

4  Attorney for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10-222 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER RE WAIVER OF DEFENDANT'S** |
| v. | ) | **PRESENCE** |
| | ) | |
| CLIFFORD YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, CLIFFORD YOUNG, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, impanelment of jury and imposition of sentence.

    Defendant hereby requests the Court to proceed during every

1  absence which the Court may permit pursuant to this waiver; agrees that
2  defendant's interest will be deemed represented at all times by the
3  presence of the defendant's attorney, the same as if the defendant were
4  personally present; and further agrees to be present in court ready for
5  trial any day and hour the court may fix in the defendant's absence.
6      The defendant further acknowledges being informed of the rights
7  under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes
8  the defendant's attorney to set times and dates under that Act without
9  the defendant's personal presence.
10     The original signed copy of this waiver is being preserved by the
11 attorney undersigned.
12 Dated: September 28, 2010

               /s/ Clifford Young
               Defendant
               (Original retained by attorney)

16     I agree with and consent to my client's waiver of appearance.
17 Dated: September 28, 2010

               /s/ Lexi Negin
               Assistant Federal Defender
               Attorney for Defendant

22 **IT IS SO ORDERED.**
23 Dated: October 1, 2010

               LAWRENCE K. KARLTON
               SENIOR JUDGE
               UNITED STATES DISTRICT COURT

2