BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CLIFFORD JOSEF YOUNG,<br><br>        Defendant. | 2:10-CR-00222-JAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Clifford Josef Young, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Clifford Josef Young'S interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) 2009 Chrysler PT Cruiser, VIN: 3A8FY48909T513125, License Number 6JWD683.

2. The above-listed properties constitute properties used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 846 and

1  841(a)(1).

2      3.  Pursuant to Rule 32.2(b), the Attorney General (or a
3  designee) shall be authorized to seize the above-listed
4  properties.  The aforementioned properties shall be seized and
5  held by the U.S. Marshals Service in their secure custody and
6  control.

7      4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,
8  the United States shall publish notice of the order of
9  forfeiture.  Notice of this Order and notice of the Attorney
10 General's (or a designee's) intent to dispose of the properties
11 in such manner as the Attorney General may direct shall be posted
12 for at least 30 consecutive days on the official internet
13 government forfeiture site www.forfeiture.gov.  The United States
14 may also, to the extent practicable, provide direct written
15 notice to any person known to have alleged an interest in the
16 properties that are the subject of the order of forfeiture as a
17 substitute for published notice as to those persons so notified.

18      b.  This notice shall state that any person, other than
19 the defendant, asserting a legal interest in the above-listed
20 properties, must file a petition with the Court within sixty (60)
21 days from the first day of publication of the Notice of
22 Forfeiture posted on the official government forfeiture site, or
23 within thirty (30) days from receipt of direct written notice,
24 whichever is earlier.
25 ///
26 ///
27 ///
28 ///

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 23rd day of July, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge