HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLIFFORED JOSEF YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-cr-222 JAM |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER TO EXONERATE PROPERTY BOND |
| v. | |
| CLIFFORD JOSEF YOUNG KATHLEEN DOCKSTADER, | |
| Defendant. | Judge: John A. Mendez |

On September 22, 2010, Magistrate Judge Kendall J. Newman ordered Mr. Young and Ms. Dockstader released on a bond of $75,000 to be secured by real property owned by Frances Jayne, as well as a $75,000 unsecured bond co-signed by Ms. Jayne. Mr. Young and Ms. Dockstader were released subject to conditions and supervision by the Pretrial Services Agency. The collateral was posted on October 26, 2010 and appears on the Court's docket #34 as DOT from Frances Jaynes, 20100024932 for $75,000.

Since their release, Mr. Young and Ms. Dockstader have been in complete compliance with all of their conditions of release and they have appeared at all court proceedings as required. They each entered guilty pleas in July of 2013. Their sentencing has been rescheduled several times since then to give the probation office time to complete presentence investigation reports in these cases. The sentencings need to be rescheduled once again and it appears sentencing will not take place until late August.

The parties stipulate and agree that the bond secured by Ms. Jayne's real property should be exonerated at this time. A proposed order is attached.

Respectfully submitted,

DATED: July 11, 2014          BEN WAGNER
                              United States Attorney


                              /s/ Paul Hemesath
                              PAUL HEMESATH
                              Assistant United States Attorney
                              Attorney for the Government



                              HEATHER E. WILLIAMS
                              Federal Defender


                              /s/ Lexi Negin
                              LEXI NEGIN
                              Assistant Federal Defender
                              Attorney for CLIFFORD JOSEF YOUNG


                              /s/ Olaf Hedberg
                              OLAF HEDBERG
                              Attorney for KATHLEEN DOCKSTADER

**O R D E R**

The Court finds that the defendants were released pursuant to a $75,000 bond secured by property identified as DOT #20100024932 from Frances Jaynes.

The Court further finds that the defendants are in compliance with all conditions of pretrial release and that the secured bond is no longer required to assure their appearance in court. All other conditions of release and bond shall remain.

THEREFORE, it is hereby ORDERED that the $75,000 bond secured by property identified as DOT #20100024932 from Frances Jaynes is ordered exonerated and that the Clerk of the Court is directed to reconvey to the surety, Frances Jaynes, the real property that was posted as security in this case.

Dated: July 11, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE